MATILDA A. POWERS, an Infant, etc., Respondent, *v.* THE VILLAGE OF CHAMPLAIN, Appellant.

(Argued October 13, 1893; decided October 27, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Royal Corbin* for appellant.

*John H. Booth* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of Proving the Last Will and Testament of JOHN GANNON, Deceased.

(Argued October 13, 1893; decided October 27, 1893.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made February 6, 1893, which affirmed an order of Special Term denying a motion for a new trial on a verdict in favor of the contestants.

*Abram Kling* for appellant.

*William F. Clare* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.